<u>AFFIDAVIT IN SUPPORT OF SEARCH WARRANT</u>

Your Affiant, James Ussery, United States Postal Inspector, Washington Division, being duly sworn, hereby deposes and states as follows:

Your Affiant, James Ussery, has been a United States Postal Inspector since July 2014 and has completed 12 weeks of basic investigative training in Potomac, Maryland, which included various aspects of federal law enforcement including the investigation of narcotics-related offenses.  Prior to being a United States Postal Inspector, your Affiant was a Federal Air Marshal for the Federal Air Marshal Service for 5 years, between 2010 and 2014. Prior to being a Federal Air Marshal, your Affiant was a Police Officer with the city of Atlanta between 2006 and 2010. Your affiant has participated in investigations involving possession with intent to distribute and distribution of controlled substances. Your affiant has participated in interdictions, control deliveries, seizures, and search warrants which resulted in criminal arrest and prosecution.  As a result of your Affiant's training and experience, your Affiant is aware that Priority Mail Express and Priority Mail services are regularly used by narcotic traffickers to ship controlled substances and bulk cash through the US Mail.

Postal Inspectors in Washington, DC have noticed a significant use of the mail to transport drugs and the payment for drugs to and from the Washington, DC area, from the known drug source areas of Florida, Georgia, California, Arizona, Texas, and New York (and other states).  Past experience and drug trafficking intelligence have demonstrated that Priority Mail Express, Express Mail, Priority Mail services, and First Class Mail are frequently used by drug dealers for shipping of controlled substances including, but not limited to, cocaine, heroin, and marijuana. Use of these services is favored because of the reliability, speed, and low cost, as well as the perceived minimal chance of detection of drugs being shipped in this manner.

The facts and information contained in this affidavit are based on my personal knowledge as well as that of the other agents involved in this investigation.  All observations that were not made personally by your Affiant were related to him by the persons who made the observations.  This affidavit contains that information necessary to establish probable cause in support of an application for a search warrant.  This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government.

<u>DESCRIPTION OF SUBJECT PARCEL</u>

This affidavit is made in support of an application for a search warrant on a United States Postal Service Priority Mail Express Box (hereinafter referred to as the "**SUBJECT PARCEL**").  The "**SUBJECT PARCEL**" is believed to contain controlled dangerous substances.  The "**SUBJECT PARCEL**" is described as follows:

> **SUBJECT PARCEL**:  The **SUBJECT PARCEL** is designated with United States Postal Service (USPS) Priority Mail Express tracking EH 679 762 864 US, and is addressed to "Trevor Allen, 1008 Karen Blvd, Capitol Heights, MD 20743" with a return address of "Terry Bates, 1170 E 40th Pl, Los Angeles, CA 90011" and has a handwritten label with a postmark of June 2, 2016.

On June 4, 2016, the **"SUBJECT PARCEL"** was obtained by Postal Inspectors from the Capitol Heights Post Office, located in Capitol Heights, MD 20743, as a suspected drug package. The **SUBJECT PARCEL** is currently located in the Postal Inspector's Office at the Curseen Morris Mail Facility in Washington DC.

Using a law enforcement database, a search of the addressee for the "**SUBJECT PARCEL**" of "Trevor Allen, 1008 Karen Blvd, Capitol Heights, MD 20743" indicated that the address does exist, but the name "Trevor Allen" does not currently associate to the address. "Trevor Allen" previously associated to the address in 2013, but currently does not. A search of the sender "Terry Bates, 1170 E 40th Pl, Los Angeles, CA 90011" indicates that the address does not exist.

Your Affiant knows, through his training and experience, that those individuals who commonly use the U.S. Mail to facilitate the transportation of controlled dangerous substances often use either false names and addresses and phone numbers or real addresses and phone numbers other than their own, in the labeling of shipments of controlled dangerous substances. Such individuals have also utilized variations of correct names, addresses and phone numbers in the labeling of shipments of controlled dangerous substances. The purpose of these tactics is so that such individuals can try to distance themselves from the contraband should it be intercepted by law enforcement. Here, the labeling of the **SUBJECT PARCEL** is consistent with these practices.

On June 7, 2016, Postal Inspectors hid the **"SUBJECT PARCEL"**, underneath a gray plastic garbage can, in the back hallway of offices, in the Postal Inspection Service, Washington DC domicile. Metropolitan Police Department (MPD) Detective Vincent Witkowski and his narcotics detecting canine "Trigger" were brought in to search an area of the hallway; Trigger alerted on the suspect parcel by scratching at the gray plastic garbage can, and trying to knock it over. Trigger is certified to alert to the presence of cocaine, heroin, marijuana (THC), MDMA and methamphetamine, all of which are controlled dangerous substances, and is certified every four to six weeks to ensure his accuracy. This certification process is done according to national accepted standards for training drug detection canines. Trigger was most recently certified by the Metropolitan Police Department K9 unit in March 2016. The Metropolitan Police Department trains canines to display a behavioral change upon locating the controlled dangerous substances they have been certified to alert on. The canine is trained to come to a final response by biting, scratching and barking at the source of the controlled substance. Trigger's alert on the **SUBJCECT PARCEL** signals the presence of one or more controlled substances inside of the **SUBJECT PARCEL.**

Based on the information discussed herein, your Affiant submits there is probable cause to believe that the **"SUBJECT PARCEL"** contains a quantity of controlled dangerous substance constituting contraband or the fruits or instrumentalities of a crime or evidence of the commission of a criminal offense, specifically the unlawful transportation of a controlled substance via the U.S. Mail for the purpose of facilitating possession with intent to distribute the controlled dangerous substance, in violation of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance) and 843(b) (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony). The parcel is presently located in the Postal Inspector's Office at the Curseen Morris Mail Facility in Washington, DC.

_____
James Ussery
U.S. Postal Inspector

Subscribed and sworn to before me
this      day of  June, 2016 in the District of Columbia.

_____
G. Michael Harvey
United States Magistrate Judge, District of Columbia